**Order entered January 15, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00852-CV

**PAYSON PETROLEUM, INC., ET AL., Appellants**

**V.**

**J. MICHAEL WHEELER, ET AL., Appellees**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-06306**

## ORDER

We **GRANT** appellees' January 12, 2015 unopposed third motion for an extension of time to file a brief. Appellees shall file a brief by February 2, 2015. We caution appellees that no further extension of time will be granted absent extraordinary circumstances.

/s/    ELIZABETH LANG-MIERS
         JUSTICE